# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.  : | No. 5:19-cr-00032 |
| : | |
| KEVIN W. HANNA, : | |
|         Defendant. : | |

## O R D E R

**AND NOW,** this 26th day of January, 2023, after consideration of Hanna's Motion for Compassionate Release, *see* ECF Nos. 49 and 53, the Government's Response, *see* ECF No. 55, Hanna's reply, *see* ECF No. 59, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

The Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(1)(A), ECF Nos. 49 and 53, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge